UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS A. SMITH, et al.,

    Plaintiffs,

    v.

ZIMMER U.S., INC., et al.,

    Defendants.
_____/

No. C 14-0651 PJH

**ORDER**

Defendants having asserted that defendant Zimmer U.S., Inc., should be dismissed from the action because it is not a proper defendant, and the court having on two occasions set a deadline for plaintiff to notify the court as to the status of Zimmer U.S., Inc., or to dismiss Zimmer U.S., Inc., and plaintiff having on both occasions failed to comply with the court's order or otherwise respond, the court finds that plaintiff's claims against defendant Zimmer U.S., Inc. must be DISMISSED for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 19, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge