UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SMITH, et al., | |
| Plaintiffs, | No. C 14-0651 PJH |
| v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| ZIMMER, INC., | |
| Defendant. _____/ | |

The court, having referred the parties in this case to ADR for mediation to be completed in June or July 2015, and the parties having cancelled the ADR phone conference and advised the mediator that the case had settled, and there be no other dates set in this case, hereby schedules a **case management conference** for June 18, 2015, at 2:00 pm.  This date will be vacated should the parties file a dismissal by June 17, 2015.

**IT IS SO ORDERED.**

Dated: May 14, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge