1  Sonja S. Weissman (State Bar No. 154320)
2  Jaclyn M. Setili (State Bar No. 279138)
   REED SMITH LLP
3  101 Second Street, Suite 1800
   San Francisco, CA 94105
4  Telephone:    415.543.8700
   Facsimile:    415.391.8269
5  Email: sweissman@reedsmith.com
   Email: jsetili@reedsmith.com

6  Haroon Anwar (*Pro Hac Vice*)
   FAEGRE BAKER DANIELS LLP
7  300 North Meridian Street, Suite 2700
   Indianapolis, IN  46204
8  Telephone:    317.237.0300
   Facsimile:    317.237.100
9  Email: haroon.anwar@faegrebd.com

10 Attorneys for Defendants Zimmer U.S., Inc.; and
   Zimmer Holdings, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| THOMAS A. SMITH and SANDRA A. SMITH, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | Case No. 4:14-cv-00651-PJH |
| v. | ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
| ZIMMER U.S., INC.; ZIMMER, INC.; and DOES ONE through ONE HUNDRED, inclusive, | ) ) ) ) | Complaint Filed: October  7, 2013 |
| Defendants. | ) | |

   Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiffs, Thomas A. Smith and Sandra A. Smith ("Plaintiffs"), and defendants, Zimmer, Inc. and Zimmer US, Inc. (collectively "Defendants"), by their respective counsel, stipulate that all of Plaintiffs' claims against Defendants are dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

DATED: June 23, 2015                LAW OFFICE OF STEVEN H. SCHULTZ

/s/ Steven H. Schultz (w/ permission)
Steven H. Schultz SBN (163543)
701 Howe Avenue, Suite A-3
Sacramento, CA  95825
Telephone:    916.922.2310

*Attorney for the plaintiff, Thomas A. Smith and Sandra A. Smith*

REED SMITH LLP

DATED: June 23, 2015                /s/ Haroon Anwar
Sonja S. Weissman (SBN 154320)
Jaclyn Setili (SBN 279138)
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:    415.543.8700
Facsimile:    415.391.8269

Haroon Anwar (*Pro Hac Vice*)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone:    317.237.0300
Facsimile:    317.237.1000

*Attorney for the defendants, Zimmer US, Inc., and Zimmer, Inc.*

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.

DATED:  6/24/15

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*

2
STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON